

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VIRGINIA CISNEROS, | § | No. 08-21-00048-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| AUGUSTIN PUENTES, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1100) |
| | § | |

**O R D E R**

Appellee has filed a third motion to abate this appeal. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until June 30, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellee's brief will be due 30 days from the date of the reinstatement order. NO FURTHER MOTIONS TO ABATE THE APPEAL WILL BE GRANTED BY THIS COURT.

IT IS SO ORDERED this 31st day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.